```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                   CASE NO. 06 B 01793
   EARL J NOWAKOWSKI
                                         CHAPTER 13

                                         JUDGE: JACK B SCHMETTERER


        Debtor
   SSN XXX-XX-6504

--------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 02/27/2006 and was confirmed 06/07/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was completed - no discharge 11/17/2008.
--------------------------------------------------------------------------------
CREDITOR NAME             CLASS            CLAIM AMOUNT        INTEREST        PRINCIPAL
                                                                 PAID             PAID
--------------------------------------------------------------------------------
JP MORGAN CHASE BANK NA   CURRENT MORTG         .00              .00              .00
MORTGAGE ELECTRONIC SYS   MORTGAGE ARRE         .00              .00              .00
MORTGAGE ELECTRONIC SYS   CURRENT MORTG         .00              .00              .00
CODILIS & ASSOCIATES ^    NOTICE ONLY     NOT FILED              .00              .00
AMERICAN EXPRESS CENTURI  UNSECURED          961.24              .00           961.24
CAPITAL ONE               UNSECURED         2143.66              .00          2143.66
LVNV FUNDING LLC          UNSECURED        12525.89              .00         12525.89
GC SERVICES DATA CONTROL  UNSECURED       NOT FILED              .00              .00
ECAST SETTLEMENT CORP     UNSECURED         1367.02              .00          1367.02
RESURGENT CAPITAL SERVIC  UNSECURED          248.69              .00           248.69
ROUNDUP FUNDING LLC       UNSECURED          118.83              .00           118.83
MORTGAGE ELECTRONIC SYS   NOTICE ONLY     NOT FILED              .00              .00
JP MORGAN CHASE BANK NA   MORTGAGE ARRE      137.07              .00           137.07
KEYBANK NATIONAL ASSN     UNSECURED       NOT FILED              .00              .00
LITTLETON                 UNSECURED       NOT FILED              .00              .00
HOUSEHOLD RETAIL          UNSECURED       NOT FILED              .00              .00
NEXTEL COMMUNICATIONS     UNSECURED       NOT FILED              .00              .00
FIRST MAGNUS FINANCIAL    MORTGAGE NOTI   NOT FILED              .00              .00
ANDERSON & ASSOCS         DEBTOR ATTY           .00                               .00
TOM VAUGHN                TRUSTEE                                            1,137.11
DEBTOR REFUND             REFUND                                               494.49

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                    RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE            19,134.00

PRIORITY                                        .00
SECURED                                      137.07
UNSECURED                                 17,365.33
ADMINISTRATIVE                                  .00

                  PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 06 B 01793 EARL J NOWAKOWSKI
```

```
TRUSTEE COMPENSATION                                     1,137.11
DEBTOR REFUND                                              494.49
                                  ---------------   ---------------
TOTALS                                 19,134.00         19,134.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


```
                                      /s/ Tom Vaughn
   Dated: 03/03/09                _____
                                      TOM VAUGHN
                                      CHAPTER 13 TRUSTEE
```